## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

LHF Productions, INC

                    Plaintiff,

v.                                       Case No.: 1:16−cv−07684
                                                  Honorable Joan B. Gottschall

Does 1–23

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Plaintiff only appeared. Counsel informed the court that a subpoena was issued to Comcast but there is no Does list yet. Status hearing set for 12/7/16 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.